**Gregory RICE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62988.**

Missouri Court of Appeals, Western District.

April 27, 2004.

Mark Allen Grothoff, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Kaye Spillars and Charnette D. Douglass, Office of Attorney General, Jefferson City, for Respondent.

---

6. Section 452.375.2(5) requires the trial court to consider "[t]he child's adjustment to the child's home, school, and community."

Before PAUL M. SPINDEN, Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Gregory Rice appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).